# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

Bridget M. McCormack,
Chief Justice

161967

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

LAKISHA JOHNSON, Guardian of GREGORY
CARL GRAHAM, III,
      Plaintiff-Appellee,

v

SC: 161967
COA: 346734
Wayne CC: 16-017095-NI

DONTAE D. JACKSON and STEPHANIE J. HALL,
      Defendants,

and

EVEREST NATIONAL INSURANCE COMPANY,
      Defendant/Cross-Defendant-Appellant,

and

USAA CASUALTY INSURANCE COMPANY,
      Defendant/Cross-Defendant-Appellee,

and

TITAN INSURANCE COMPANY,
      Defendant/Cross-Plaintiff-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 18, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., did not participate because of her prior involvement in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



a0524

Clerk